**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7437**

———————

MICHAEL WAYNE CRUMP,

                                    Petitioner - Appellant,

        versus

VIRGINIA DEPARTMENT OF CORRECTIONS, Director,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-01-444-7)

———————

Submitted:  March 14, 2002          Decided:  March 22, 2002

———————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael Wayne Crump, Appellant Pro Se.  Stephen R. McCullough, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Wayne Crump seeks to appeal the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Crump's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Crump v. Virginia Dep't of Corr., No. CA-01-444-7 (W.D. Va. July 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED